IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATHAN V. BAUMANN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 17-cv-486-JPG-CJP ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

Before the Court is plaintiff's Motion to Dismiss Complaint (Doc. 13). Plaintiff asks that this action be dismissed with prejudice. Defendant has not filed a response, and the time for doing so has expired.

For good cause shown, plaintiff's Motion to Dismiss Complaint (Doc. 13) is **GRANTED**. This action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter judgment in favor of defendant.

**IT IS SO ORDERED.**
**DATED: December 8, 2017**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**